United States Courts
Southern District of Texas
FILED

DEC 18 2013

David J. Bradley, Clerk of Court

James Anthony
1323 Witte Rd. #183
Houston, Texas 77055

US Federal Courthouse
515 Rusk St.(Smith)
Houston, Texas 77002

December 9, 2013

Re: Case#13-137
United Sates Probabtion Officer, Barbara Schoephoerster
713-250-5823 Offfice

Dear Honorable Judge Rosenthal,

I am writing to ask that you please allow the early termination of my probation.

I have been on probation for three years since my release from prison and have been complying with the terms of my probation since.

I am currently employed however would like to further my career offshore.

I ask that you please consider the early termination of my probation so that I may move forward with my career and so that I can provide a better life for my family.

Your consideration is greatly appreciated.

Respectfully,

James T. Anthony

James Anthony
B93 White Rd. #183
Houston, Tx 77055

CERTIFIED MAIL™

7012 3460 0003 2267 5231

UNITED STATES POSTAGE
PITNEY BOWES
$006.11⁰
02 1P
0000519897 DEC 17 2013
MAILED FROM ZIP CODE 77095

RETURN RECEIPT REQUESTED

Honorable Judge Rosenthal
US Federal Courthouse
515 Rusk St. (Smith)
Houston, Tx 77002

United States Courts
Southern District of Texas
FILED

DEC 18 2013

David J. Bradley, Clerk of Court

11535

77002#2602