IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-13-137 |
| | § | |
| JAMES ANTHONY | § | |

# O R D E R

The defendant filed a motion for early termination of his supervised release. (Docket Entry No. 3). The Probation Office is unopposed to the request. The motion is GRANTED. The supervised release term of the defendant is terminated.

SIGNED on December 20, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge